AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| Luis Cordova | ) Case No. 2:25-cr-20252-TLP-atc |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Luis Cordova,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 111(a)(1) Forcibly assault/resist/impede/intimidate person engaged official duty

Date: 10/03/2025

*Issuing officer's signature*

Tu M. Pham
WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
Chief U.S. Magistrate Judge
*Printed name and title*

City and state: MEMPHIS, TENNESSEE

### Return

This warrant was received on *(date)* 10/3/25, and the person was arrested on *(date)* 10/3/25
at *(city and state)* Memphis.

Date: 10/3/25

*Arresting officer's signature*

SA Patricia Donahue
*Printed name and title*