BATEMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 25-cr-20252-TLP |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 111(a)(1) |
| LUIS CORDOVA, | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about October 1, 2025, in the Western District of Tennessee, the defendant,

**LUIS CORDOVA**

did forcibly resist, oppose, impede, and interfere with any person designated in 18 United States Code, Section 1114, to wit, Deputy United States Marshal M. S., who was engaged in official duties, in violation of Title 18, United States Code, Section 111(a)(1).

**A TRUE BILL:**

_____
**FOREPERSON**

**DATE: October 30, 2025**

_____
**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**