# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   Cr. No. 25-CR-20252-TLP<br>) |
| **LUIS CORDOVA,** | )<br>) |
| Defendant. | ) |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Luis Cordova, <u>FBI#:</u> 56394TD3, now being detained in the LaSalle Detention Center, appear before <u>Honorable Charmiane G. Claxton, November 13, 2025, at 1:30 pm for Initial Appearance</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>4th</u> day of <u>November, 2025</u>.

*s/ William C. Bateman III*
**William C. Bateman III**
**Assistant U. S. Attorney**

Upon consideration of the foregoing Application, Tyreece Miller, U.S. Marshal, Western District Of Tennessee, Memphis, Tennessee; United States Immigration and Customs Enforcement, Warden Keith Deville, LaSalle Detention Center, 830 Pinehill Road, Jena LA 71342.

**You are hereby commanded** to have Luis Cordova, <u>FBI#:</u> 56394TD3, appear before the Honorable Charmiane G. Claxton at the date and time aforementioned.

ENTERED this <u>4th</u> day of <u>November, 2025</u>.

s/Tu M. Pham
**HONORABLE TU M. PHAM**
**CHIEF U. S. MAGISTRATE JUDGE**

"If for some reason this inmate is no longer in your custody and/or has been transferred to another facility please advise the requesting Assistant United States Attorney."